UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, :

        Plaintiff, :

    v. :

$81,583.00 IN UNITED STATES :
CURRENCY :

        Defendant. :

: 
[CLAIMANTS: NIKOLAOS KRIDZELIS, :
IRENE KRIDZELIS, HELEN KRIDZELIS, :
MELENIE KRIDZELIS, AND DIMITRIOIS :
KRIDZELIS] :

2003 OCT 30 ⊅ 12: 08

US DISTRICT COURT
BRIDGEPORT CT

Civil No. 3:00CV1570 (WWE)

August , 2003 ~~
10/29/03

## STIPULATION FOR COMPROMISE SETTLEMENT AND ORDER

It is hereby stipulated by and between the PLAINTIFF, UNITED STATES OF

AMERICA ("UNITED STATES"), on the one hand, and the CLAIMANTS, NIKOLAOS

KRIDZELIS, IRENE KRIDZELIS, HELEN KRIDZELIS, MELENIE KRIDZELIS, AND

DIMITRIOIS KRIDZELIS ("CLAIMANTS"), on the other, by and through their respective

attorneys, as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled action

upon the terms indicated below.

2. That the CLAIMANTS agrees to the forfeiture of THIRTY-ONE THOUSAND,

FIVE HUNDRED EIGHTY-THREE DOLLARS for disposition according to law.

3. That the UNITED STATES agrees to return to the CLAIMANTS the amount of

FIFTY THOUSANDS ($50,000.00)

4. That the UNITED STATES agrees to return the cost bond in the amount of

$ 4,341.13 to the Claimant Nikolaos Kridzelis, after the deduction of allowable expenses, namely an advertising expense in the amount of $429.56.

5.    That all of the CLAIMANTS hereby release and forever discharge the United States of America, the Drug Enforcement Administration, the United States Marshals Service, the Connecticut Department of Public Safety, the Groton Town Police Department, the New London Police Department, the Norwich Police Department, the Plainfield Police Department, the Waterford Police Department, the Willamantic Police Department, and the University of Connecticut Police Department, their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Defendant Currency.

6.    That the CLAIMANTS further agree to hold and save the United States of America, the Drug Enforcement Administration, the United States Marshals Service,  the Connecticut Department of Public Safety, the Groton Town Police Department, the New London Police Department, the Norwich Police Department, the Plainfield Police Department, the Waterford Police Department, the Willamantic Police Department, and the University of Connecticut Police Department, their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, and forfeiture of the Defendant Currency.

Dated: 10/21/03

NIKILAOS KRIDZELIS
CLAIMANT

Dated: 10/28/03

NICHOLAS CARDWELL
CARDWELL, CARDWELL &
SMORAGIEWICZ
108 OAK STREET
HARTFORD, CT  06106

ATTORNEY FOR THE CLAIMANTS
IRENE KRIDZELIS, HELEN KRIDZELIS,
MELANIE KRIDZELIS, AND
DIMITRIOIS KRIDZELIS

Dated: 10/21/03

IRENE KRIDZELIS
CLAIMANT

Dated: 10/21/03

HELEN KRIDZELIS
CLAIMANT

Dated: 10/21/03

MELANIE KRIDZELIS
CLAIMANT

Dated: 10/21/03

DIMITRIOIS KRIDZELIS
CLAIMANT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:00CV1570 (WWE) |
| $81,583.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | |
| [CLAIMANTS: NIKOLAOS KRIDZELIS IRENE KRIDZELIS, HELEN KRIDZELIS, MELENIE KRIDZELIS, AND DIMITRIOIS KRIDZELIS] | : | |

ORDER

Based on the foregoing Stipulation for Compromise Settlement, it is hereby ORDERED

AND ADJUDGED:

1.    that the UNITED STATES shall return to the CLAIMANTS the amount of FIFTY

THOUSAND DOLLARS ($50,000.00) by check made payable to: Attorney Joseph Mascaro and

Attorney Nicholas Cardwell, in trust for Nikolaos Kridzelis, Irene Kridzelis, Helen Kridzelis,

Melenie Kridzelis, and Dimitriois Kridzelis, and delivered to Joseph Mascaro, Esq., Morrison,

Mahoney & Miller, LLP, One Constitution Plaza, Hartford, Connecticut 06103;

2.    that the United States Marshal shall keep on deposit the amount of THIRTY ONE

THOUSAND FIVE HUNDRED EIGHTY THREE DOLLARS ($31,583.00) pending the entry of

a Decree of Forfeiture; and

3.   that after the entry of a Decree of Forfeiture for the remaining THIRTY ONE THOUSAND FIVE HUNDRED EIGHTY THREE DOLLARS ($31,583.00), the UNITED STATES shall file a Request to Disburse Cost Bond to return the balance of the cost bond to the CLAIMANTS which was posted pursuant to 19 U.S.C. § 1608 and 21 C.F.R. § 1316.76, after the deduction of allowable expenses.

SO ORDERED this _____ day of _____, 2003, at Bridgeport, Connecticut.


_____
WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise

Settlement and Order has been mailed on this 30th day of October, 2003, to:

Joseph E. Mascaro, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
Hartford, CT 06103

Nicholas Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106

J. Martin Acevedo, Esq.
David S. Hoopes, Esq.
Mayo, Gilligan & Zito, Llp
100 Great Meadow Road
Wethersfield, CT  06109


ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct01581