UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2003 OCT 30 P 12:08

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$81,583.00 IN UNITED STATES
CURRENCY

    Defendant.

[CLAIMANTS: NIKOLAOS KRIDZELIS,
IRENE KRIDZELIS, HELEN KRIDZELIS,
MELENIE KRIDZELIS, AND DIMITRIOIS
KRIDZELIS]

Civil No. 3:00CV1570 (WWE)

August __, 2003 as of
10/29/03

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport CT 11/06/03

## STIPULATION FOR COMPROMISE SETTLEMENT AND ORDER

It is hereby stipulated by and between the PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), on the one hand, and the CLAIMANTS, NIKOLAOS KRIDZELIS, IRENE KRIDZELIS, HELEN KRIDZELIS, MELENIE KRIDZELIS, AND DIMITRIOIS KRIDZELIS ("CLAIMANTS"), on the other, by and through their respective attorneys, as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. That the CLAIMANTS agrees to the forfeiture of THIRTY-ONE THOUSAND, FIVE HUNDRED EIGHTY-THREE DOLLARS for disposition according to law.

3. That the UNITED STATES agrees to return to the CLAIMANTS the amount of FIFTY THOUSANDS ($50,000.00)

4. That the UNITED STATES agrees to return the cost bond in the amount of

FILED 2003 NOV -6 P 5:01 US DISTRICT COURT BRIDGEPORT