UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2003 NOV 26 A 11: 35

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil No. 3:00CV1570 (WWE) |
| $81,583.00 IN UNITED STATES CURRENCY : | |
| Defendant. : | November 25, 2003 |
| [CLAIMANTS: DIMITRIOS KRIDZELIS, : IRENE KRIDZELIS, HELEN KRIDZELIS, : MELENIE KRIDZELIS, AND DIMITROIS : KRIDZELIS] : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, Warrant of Arrest In Rem, Stipulation for Compromise Settlement, and Order of the Court. A

proposed Decree of Forfeiture is submitted herewith.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              ALAN MARC SOLOWAY
                              ASSISTANT U.S. ATTORNEY
                              P.O. BOX 1824
                              NEW HAVEN, CT  06508
                              (203) 821-3700
                              FEDERAL BAR # ct01581

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture was sent via postage prepaid first-class mail, this 25th day of November, 2003, to:

Joseph E. Masacaro, Esq.
Morrison, Mahoney & Miller LLP
One Constitution Plaza
Hartford, CT 06103

Nicholas Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106

ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY