UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2003 NOV 26  A 11: 35

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:00CV1570 (WWE) |
| $81,583.00 IN UNITED STATES CURRENCY | : |
| Defendant. | : November 25, 2003 |
| [CLAIMANTS: DIMITRIOS KRIDZELIS, IRENE KRIDZELIS, HELEN KRIDZELIS, MELENIE KRIDZELIS, AND DIMITROIS KRIDZELIS] | : |

## MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, Warrant of Arrest In Rem, Stipulation for Compromise Settlement, and Order of the Court. A

Motion GRANTED
Senior United States District Judge
12-8-03