UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC -8  A 10: 57

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil No. 3:00CV1570 (WWE) |
| $81,583.00 IN UNITED STATES : CURRENCY : | |
| Defendant. : | |
| [CLAIMANTS: DIMITRIOS KRIDZELIS, : IRENE KRIDZELIS, HELEN KRIDZELIS, : MELENIE KRIDZELIS, AND DIMITROIS : KRIDZELIS] : | |

## DECREE OF FORFEITURE

On August 17, 2000, a Verified Complaint of Forfeiture against the Defendant, $81,583.00 in United States Currency ("Defendant Currency"), was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant Currency was used or intended to be used in exchange for controlled substances or represents proceeds of trafficking in controlled substances in violation of the Controlled Substance Acet 21 U.S.C. Sections 801 et seq.

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant of Arrest In Rem issued by this Court on August 22, 2000, the United States Marshal for the District of Connecticut seized said currency on August 25, 2000;

That on August 26, September 2 and September 9, 2000, notice of this action was published in the Hartford Courant newspaper;

That on September 14, 2000, M. Donald Cardwell, then attorney for the Claimants, Helen Kridzelis, Melanie Kridzelis, Nikoloas Kridzelis, and Irene Kridzelis waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest In Rem;

That on October 5, 2000, the United States Marshal Service personally served Dimitrios Kridzelis and with the Verified Complaint of Forfeiture and Warrant of Arrest in Rem;

That on March 7, 2001, the Court granted a Motion for Default Judgment as to Dimitrios Kridzelis;

That on November 6, 2003, the Court approved a Stipulation for Compromise Settlement in which the United States agreed to return $50,000.00 of the seized currency to the Claimant Nikolaos Kridzelis, and his attorney Nicholas Cardwell, in care of his attorney, Nicholas Cardwell, in exchange for the forfeiture of the remaining $31,583.00 to the United States of America. The United States also agreed to return the cost bond in the amount of $4,341.13 to the Claimant Nikolaos Kridzelis, and his attorney Nicholas Cardwell, in care of his attorney, Nicholas Cardwell ,after the deduction of allowable expenses, namely an advertising expense in the amount of $429.56;

That no person or entity has filed a claim against the Defendant Currency.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest the Defendant Currency under seizure in this action be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that $31,583.000 of the defendant currency, be forfeited to the United States of America and disposed of according to law.

Dated at Bridgeport, Connecticut, this 6th day of December, 2003.

_____
HONORABLE WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Proposed Decree of Forfeiture was sent via postage prepaid first-class mail, this 25th day of November, 2003, to:

Joseph E. Masacaro, Esq.
Morrison, Mahoney & Miller LLP
One Constitution Plaza
Hartford, CT 06103

Nicholas Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106

ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY